```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

         DEC 22 2022    RE

         AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Janette Harrison
(AKA Jèanette Harrison)

_____

Plaintiff(s),

v.

University of Washington
Gino Aisenberg; Tomitha Blake
Gary Farris; Dave Eaton; Lisa Hanna
Mindy Kornberg; Beth Louie; Erin Rice
Dan Peterson     Defendant(s).
Joy Williamson-Lott

CASE NO. 2:22-cv-01811-RAJ
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes  ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A.  Plaintiff(s)

   *Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

   Name: Janette Harrison (AKA Jèanette Harrison)
   Street Address: 7320 - 32nd Avenue South
   City and County: Seattle, WA King County
   State and Zip Code: Washington 98118
   Telephone Number: 206-310-6085

COMPLAINT FOR A CIVIL CASE - 1

Defendants

Defendant #5
    Mindy Kornberg,
    Vice President, UW Human Resources
    UW, Human Resources, BOX 354960
    Seattle; King County
    Washington; 98105-4960
    206-685-4739

Defendant #6    Beth Louie
    Investigation & Resolution Specialist
    UW Compliance Service Department
    University Complaint Investigation
    and Resolution Office
    UW, BOX 354996
    Seattle; King County
    Washington; 98105-4996
    206-616-7108

Defendant #7    Erin Rice, Assistant Vice President
    PRES: Human Resources.
    UW, Campus HR Operations and
    Services, BOX 354963-4963
    Seattle; King County
    Washington; 98105-4963
    206-543-2354 & 206-897-1670

Defendants

Defendant #8 — Dan Peterson
Retired Vice President of Development; UW Foundation

Defendant #9 — Joy Williamson-Lott
Graduate School Dean
UW, Box 353770
Seattle, King County
Washington; 98105-3770

Defendant #10 — Julie Brown
Associate Vice President, Operating & Budget Officer, Pres; University Advancement
UW, Box 359504
4333 Brooklyn Avenue NE
Seattle, King County
Washington; 98105-9504

Page 3

B.   Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: Gino Aisenberg; Former
Job or Title (if known): Graduate School Associate Dean;
Street Address: UW - School of Social Work, Box 354900
City and County: Seattle; King County
State and Zip Code: Washington 98195-4900
Telephone Number: 206-616-9365

Defendant No. 2

Name: Tomitha Blake; Asst. Vice Provost Advancement Constituency
Job or Title (if known): UW - ~~Gerbeeing~~ Gerbeeding Hall
Street Address: Box 351210
City and County: Seattle; King County
State and Zip Code: Washington 98195-1210
Telephone Number: 206-221-6063

Defendant No. 3

Name: Gary Fareis; Former Executive Director & Finance Director, Graduate ~~School~~; Associate Dean, Finance & Resources; School of Dentistry
Job or Title (if known):
Street Address: ~~UW 35 B~~ UW Box 356365
City and County: Seattle; King County
State and Zip Code: Washington 98105-6365
Telephone Number: 206-646-9158

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 4
Name: Lisa Hanna, Director, Employee Relations; HR; Campus HR Operations and Services
Job or Title (if known):
Street Address: UW, Campus HR, Box 354963
City and County: Seattle; King County
State and Zip Code: Washington; 98105-4963
Telephone Number: 206-543-2354 & 206-685-7575

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*check all that apply*)

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

① Breach of contract; ② Employment discrimination; ③ Wrongful termination; ④ Unsafe workplace conditions; ⑤ Misclassification; ⑥ Retaliation; ⑦ Workplace injuries; ⑧ Violation of civil rights

COMPLAINT FOR A CIVIL CASE - 3

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

     1.    The Plaintiff(s)

         a.    If the plaintiff is an individual.

The plaintiff (name) Janette (Jeanette) Harrison, is a citizen of the State of (name) Washington.

         b.    If the plaintiff is a corporation.

The plaintiff, (name) University of Washington, is incorporated under the laws of the State of (name) University of Washington, is incorporated under the laws of the State of (name) University of Washington, and has its principal place of business in the State of (name) Washington state.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

     2.    The Defendant(s) University of Washington and more, please see attached list.

         a.    If the defendant is an individual.

The defendant, (name) N/A, is a citizen of the State of (name) N/A. Or is a citizen of (foreign nation) _____.

         b.    If the defendant is a corporation.

The defendant, (name) University of Washington, is incorporated under the laws of the State of (name) Washington state, and has its principal place of business in the State of (name) Washington state. Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) N/A.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

Working at UW was war. I worked smart and hard, giving my best everyday. The stress and strain on my body at a cellular level remains. Falling down a flight of stairs, because I wasn't provided a suitable workspace per the Family Educational Rights and Privacy Act, I have injuries needing physical therapy for the rest of my life to stay healthy as I age. Thus, I'm requesting $15 million.

### III. STATEMENT OF CLAIM

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A few months short of working at the University of Washington (UW) for 15 years, I was forced to resign. Duress term. This resignation ended a 4 year battle to receive an equitable salary and opportunities, retroactive pay and safe work conditions and cell phone reimbursements.

Throughout this time, I shared these challenges/obstacles w/ UW leaders in numerous departments, including HR, Advancement, Diversity Equity + Inclusion, Graduate School and University Complaint Investigation and Resolution Office. Unfortunately, my efforts didn't help, I was labeled a problem and lost my job.

### IV. RELIEF

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Workplace injuries/treatment        failure to pay cell reimbursement
loss/misclassification of salary, savings + investments
mental health issues

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 22, 2022

Signature of Plaintiff: Janette (Jeanette) Harrison

Printed Name of Plaintiff: Janette (Jeanette) Harrison


Date of signing: N/A

Signature of Plaintiff: N/A

Printed Name of Plaintiff:


Date of signing: N/A

Signature of Plaintiff: N/A

Printed Name of Plaintiff:

COMPLAINT FOR A CIVIL CASE - 6

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
[handwritten: NA]

**DEFENDANTS** [handwritten: University of Washington]

**(b)** County of Residence of First Listed Plaintiff [handwritten: King]
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant [handwritten: King County]
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
[handwritten: NA]

Attorneys *(If Known)*
[handwritten: N/A]

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- [X] 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS - PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- [X] 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS - PERSONAL INJURY**
- [X] 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- [X] 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS - Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- [X] 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

[stamp: FILED LODGED DEC 22 2022 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE BY DEPUTY]
[stamp: ENTERED RECEIVED RE]

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
[handwritten: Civil Right; Breach of contract]
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** [handwritten: N/A]

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE [handwritten: N/A]
DOCKET NUMBER [handwritten: N/A]

DATE [handwritten: 12-22-2022]
SIGNATURE OF ATTORNEY OF RECORD [handwritten signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT [handwritten signature] APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

WAWD (Rev. 2/2018) IFP and WrittenConsent

# UNITED STATES DISTRICT COURT
Western District of Washington

Janette Harrison
(AKA Jeanette Harrison)

**Plaintiff**

vs.

University of Washington
Civio Aisenberg; Tomtina Blake
Dave Eaton; Gary Farris; Lisa Hanna

**Defendant(s)**

Case Number: _____

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Janette Harrison declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

DEC 22 2022  RE

In support of this application, I answer *all* of the following questions:

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

1. Are you presently employed?

   ☐ Yes  Total amount of net monthly salary (take home pay) $ N/A

   Name and address of employer N/A

   ☒ No  Date of last employment 7/29/22 Total amount of last net monthly salary $ 16,507.83

2. If married, is your spouse presently employed? ☒ Not married

   ☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ N/A

   Name and address of employer Everett Housing Authority; 3107 Colby Avenue Everett, WA 98201

   ☐ No  Date of spouse's last employment N/A Total amount of last net monthly salary $ N/A

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment  $ 23,000.00
   b. Income from rent, interest or dividends  $ 0
   c. Pensions, annuities or life insurance payments  $ 0
   d. Disability, unemployment, workers compensation or public assistance  $ 0
   e. Gifts or inheritances  $ 0
   f. Money received from child support or alimony  $ 0
   g. Describe any other source of income  0  $ 0

Page 1 of 2

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 15.00     Checking Account $ 70.00     Savings Account $ 0

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes
☒ No

N/A     $ N/A

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes
☒ No

N/A     $ N/A

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

Mortgage; house insurance; transportation; Electric and H2O; phone & internet     $ 5,410

8. Provide any other information that will help explain why you cannot pay court fees and costs.

Currently I am unemployed with zero income while looking for fulltime work.

I declare under penalty of perjury that the foregoing is true and correct.

12/22/2022   Janette Harrison (Jeanette Harrison)
**Executed on: (Date)   Signature of Plaintiff (Required)**

### WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Janette Harrison (AKA Jeanette Harrison)

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

12/22/2022   Janette Harrison (Jeanette Harrison)
**Executed on: (Date)   Signature of Plaintiff (Required)**