UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JANETTE HARRISON,

        Plaintiff - Appellant,

  v.

UNIVERSITY OF WASHINGTON, et al.;

        Defendants - Appellees.

No. 23-3210

D.C. No.
2:22-cv-01811-RAJ

Western District of Washington,
Seattle

MANDATE

The judgment of this Court, entered June 06, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to
Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT